1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
4  ROBYN-MARIE LYON MONTELEONE
   Assistant United States Attorney
5  Chief, General Civil Section
   TIMOTHY R. BOLIN, CSBN 259511
6  Special Assistant United States Attorney
7      Social Security Administration
       Office of the General Counsel
8      160 Spear St Ste 800
       San Francisco, CA 94105
9      Telephone: (415) 977-8982
10     Facsimile: (415) 744-0134
       Email: timothy.bolin@ssa.gov
11 Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARMEN M. GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:15-cv-07421-E<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Case 2:15-cv-07421-E

1  Based upon the parties' stipulation for the award and payment of attorney
2  fees and costs, THE COURT ORDERS that the Commissioner shall pay to the Law
3  Offices of Harry Binder and Charles Binder PC, as Plaintiff's assignee and subject
4  to the reservation of rights, the amount of $4750 in attorney fees and expenses, as
5  authorized by 28 U.S.C. § 2412(d), and $400 in costs under 28 U.S.C. § 1920,
6  subject to the terms of the above-referenced stipulation.

7  Date: 8/31/16

8  HON. CHARLES F. EICK
   United States Magistrate Judge